File No.15797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ESTHER EHRENFELD and ASHER EHRENFELD,

        Plaintiff (s),

   -against-

THE UNITED STATES OF AMERICA and THE CITY OF
NEW YORK,
        Defendant (s),
-----------------------------------------------------------------------X

AFFIDAVIT OF SERVICE

INDEX #:  07 CIV 8559

HON.

STATE OF NEW YORK )
COUNTY OF NEW YORK)SS.:

   GENE L. CHERTOCK, ESQ., being duly sworn. deposes and says, upon information and belief:

   That I am associated with the attorney for the plaintiff(s) herein and am familiar with the facts and circumstances herein, except as to those alleged upon information and belief, and as to those I verily believe them to be true.

   That I make this affidavit of service of the Summons and Complaint in the within action.

   On October 17, 2007, I caused the Summons and Complaint to be served personally upon the defendant CITY OF NEW YORK at the place designated by them for service (Law Department of the Office of the Corporation Counsel).  Their acknowledgement of service is attached.  The defendant UNITED STATES OF AMERICA was also personally served that day at the Office of the United States Attorney for the Southern District of New York.  Their acknowledgement of service is likewise attached.

   Service was thereafter made by Certified Mail as set forth in the annexed affidavit of

Nieves Hernandez. Copies of signed return receipt cards are attached.

BY: GENE L. CHERTOCK, ESQ.(7053GLC)
SUBIN ASSOCIATES LLP
Attorneys for Plaintiff(s)
291 Broadway
New York, New York 10007

Sworn to before me this
3rd Day of December, 2007

Notary Public
MARIE DONADIO
Notary Public, State of New York
No.43-4981296
Qualified in Richmond County
Commission Expires May 6, 2011

JUDGE LEISURE

AO 440 Summons in a Civil Action

---

# United States District Court

<u>SOUTHERN</u>                    DISTRICT OF        <u>NEW YORK</u>

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

ESTHER EHRENFELD and ASHER EHRENFELD'

Plaintiff (s),

-against-

THE UNITED STATES OF AMERICA and THE CITY OF NEW YORK

Defendant (s),

-------------------------------------------------------X

TO: (Name and address of defendant)

UNITED STATES OF AMERICA

THE CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SUBIN ASSOCIATES, LLP
291 BROADWAY- 9TH FLOOR
NEW YORK, NEW YORK 10007
(212) 285-3800

an answer to the complaint which is herewith served upon you, within days after service of this summons upon you. exclusive of the day of service. If you fail to do so. judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 0 3 2007

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE

COPY RECEIVED
OCT 1 7 2007
U.S. ATTORNEY'S SDNY

JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 8559**

-------------------------------------------------------------------X

ESTHER EHRENFELD and ASHER EHRENFELD,

Plaintiff(s),

-against-

THE UNITED STATES OF AMERICA and THE CITY OF
NEW YORK,

Defendant(s),

-------------------------------------------------------------------X

TRIAL BY JURY DEMANDED
VERIFIED COMPLAINT

Index No.:

Plaintiffs, complaining of the defendants, by their attorney, upon information and belief,
respectfully allege:

AS AND FOR A FIRST CAUSE OF ACTION IN BEHALF
OF PLAINTIFF ESTHER EHRENFELD AGAINST THE CITY OF NEW YORK

1.      That at all the times herein mentioned, the plaintiffs ESTHER EHRENFELD and

ASHER EHRENFELD were and still are domiciliaries of the State of New York residing at 1737

54th STREET, Brooklyn, New York. (Kings County).

2.      That the amount in controversy in this action exceeds ONE HUNDRED

THOUSAND ($100,000.00) DOLLARS, exclusive of interest and costs.

3.      That at all the times herein mentioned, the defendant THE CITY OF NEW

YORK, hereinafter referred to as "CITY", was and now is a municipal corporation duly

organized and existing under and by virtue of the laws of the State of New York.

4.      That notice of plaintiffs' claim and notice of intention to sue and of the time when

and the place where the injuries alleged herein were incurred and sustained was duly filed by the

plaintiffs with the Corporation Counsel of the defendant CITY and with the Comptroller of the

defendant CITY within 90 days after the cause of action herein accrued.

5.      That pursuant to notice given by the defendant CITY a hearing was waived.

6.      That prior to the commencement of this action all of the requirements and

conditions precedent established in Section 394 (a)-1.0, Volume 2A, Chapter 16 of the

COPY RECEIVED
OCT 17 2007
U.S. ATTORNEY'S SDNY

**JUDGE LEISURE**

AO 440 Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## SUMMONS IN A CIVIL CASE

ESTHER EHRENFELD and ASHER EHRENFELD'

Plaintiff (s),

-against-

THE UNITED STATES OF AMERICA and THE CITY OF NEW YORK

Defendant (s),

------------------------------------------------------X

CASE NUMBER:

TO: (Name and address of defendant)

UNITED STATES OF AMERICA

THE CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**SUBIN ASSOCIATES, LLP**
**291 BROADWAY- 9TH FLOOR**
**NEW YORK, NEW YORK 10007**
**(212) 285-3800**

an answer to the complaint which is herewith served upon you, within days after service of this summons upon you. exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 0 3 2007

**J. MICHAEL McMAHON**

CLERK                                         DATE

(BY) DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 07 CIV 8559

------------------------------------------------------------------X
ESTHER EHRENFELD and ASHER EHRENFELD,

                      Plaintiff (s),

       -against-

THE UNITED STATES OF AMERICA and THE CITY OF
NEW YORK,

                      Defendant (s),

TRIAL BY JURY DEMANDED
VERIFIED COMPLAINT

Index No.:

------------------------------------------------------------------X

Plaintiffs, complaining of the defendants, by their attorney, upon information and belief, respectfully allege:

AS AND FOR A FIRST CAUSE OF ACTION IN BEHALF
OF PLAINTIFF ESTHER EHRENFELD AGAINST THE CITY OF NEW YORK:

1.     That at all the times herein mentioned, the plaintiffs ESTHER EHRENFELD and

ASHER EHRENFELD were and still are domiciliaries of the State of New York residing at 1737

54th STREET, Brooklyn, New York. (Kings County).

2.     That the amount in controversy in this action exceeds ONE HUNDRED

THOUSAND ($100,000.00) DOLLARS, exclusive of interest and costs.

3.     That at all the times herein mentioned, the defendant THE CITY OF NEW

YORK, hereinafter referred to as "CITY", was and now is a municipal corporation duly

organized and existing under and by virtue of the laws of the State of New York.

4.     That notice of plaintiffs' claim and notice of intention to sue and of the time when

and the place where the injuries alleged herein were incurred and sustained was duly filed by the

plaintiffs with the Corporation Counsel of the defendant CITY and with the Comptroller of the

defendant CITY within 90 days after the cause of action herein accrued.

5.     That pursuant to notice given by the defendant CITY a hearing was waived.

6.     That prior to the commencement of this action all of the requirements and

conditions precedent established in Section 394 (a)-1.0, Volume 2A, Chapter 16 of the

STATE OF NEW YORK )
COUNTY OF NEW YORK) SS.:

NIEVES HERNANDEZ, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 291 Broadway, New York, N.Y. 10007.

On October 18, 2007, deponent served the within Letter, Summons, Complaint and Justice Leisure's notification of a Pre-Trial Conference upon:

US Department of Justice
United States Attorney General
Civil Litigation Department              **Certified Mail, Return Receipt Requested**
950 Pennsylvania Avenue NW                   #7007 0710 0003 5820 0130
Washington, DC 20530-0001

US Attorneys Office
Civil Process Clerk                      **Certified Mail, Return Receipt Requested**
86 Chambers Street                           #7007 0710 0003 5820 0178
New York, New York 10007

Veterans Administration
Office of Regional Counsel               **Certified Mail, Return Receipt Requested**
800 Poly Place – Building 14                 #7007 0710 0003 5820 0123
Brooklyn, NY 11209

Department of Veterans Affairs
General Counsel (021B)                   **Certified Mail, Return Receipt Requested**
810 Vermont Avenue NW                        #7007 0710 0003 5820 0116
Washington, DC 20420

these being the addresses designated by said parties for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository mailbox maintained at 291 Broadway, New York, N.Y. 10007 under the exclusive care and custody of the United States Postal Service within the State of New York.

NIEVES HERNANDEZ

Sworn to before me this
18th day of October, 2007

THERESA CARUSO
Notary Public, State of New York
No. 01CA6010794
Qualified in Richmond County
Commission Expires July 27, 2010

# SUBIN ASSOCIATES, L.L.P.

### COUNSELORS AT LAW
### 291 BROADWAY - 9TH FLOOR
### NEW YORK, NY 10007

**BERT W. SUBIN☼**

HERBERT S. SUBIN✦
CHRISTOPHER W. AMBLER✦
GREGORY T. CERCHIONE ✦

☼1930-1991
*Member New York & New Jersey Bars
▲Member New York & Pennsylvania Bars
✦Member New York & Connecticut Bars
✦ Past President Brooklyn Bar Association
   Past President Columbian Lawyers

### (212) 285-3800
### WWW.SUBINLAW.COM

GENE L. CHERTOCK*▲

CHARLES J. HUROWITZ

DAVID KLEINMAN

OFFICE MANAGER
MARIE DONADIO

October 18, 2007

US Department of Justice
United States Attorney General
Civil Litigation Department          **Certified Mail, Return Receipt Requested**
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

US Attorneys Office
Civil Process Clerk                  **Certified Mail, Return Receipt Requested**
86 Chambers Street
New York, New York 10007

Veterans Administration
Office of Regional Counsel           **Certified Mail, Return Receipt Requested**
800 Poly Place – Building 14
Brooklyn, NY  11209

Department of Veterans Affairs
General Counsel (021B)               **Certified Mail, Return Receipt Requested**
810 Vermont Avenue NW
Washington, DC  20420

Re:    Ehrenfeld v USA
Docket # 07 CIV 8559 (PKL)

To whom it may concern:

Enclosed please find the summons and complaint in the above action served
upon you in accordance with FRCP §4.  Also enclosed are Justice Leisure's notification
of a Pre-Trial Conference for December 13, 2007 at 11:30 am and the Court's rules for
this action.  This Summons and Complaint was also hand delivered to the U.S.
Attorneys Office for the Southern District of New York on 10/17/07.

Please assign counsel and answer the complaint.

Please have counsel contact me so we can discuss the matter and prepare the discovery plan in accordance with the Court's order.

Very truly yours,

Gene L. Chertock

GLC:nh
Enclosures

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

10|18|07

Postmark Here

#15797

Sent To *Veterans Administration Office*
Street, Apt. No.; or PO Box No. *Of Regional Counsel*
*800 Poly Place Bldg 14*
City, State, ZIP+4 *Brooklyn, NY 11209*

7007 0710 0003 5820 0123

PS Form 3800, August 2006                    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

10|18|07

Postmark
Here

#15797

Sent To US Dept. of Justice
Street, Apt. No. United States Attorney General
or PO Box No. Civil Litigation Dept
City, State, ZIP+4 950 Pennsylvania Ave NW
Washington DC 20530-0001

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0003 5820 0130

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  #15 79 7 |

Postmark Here
10/18/07

Sent To
Dept of Veterans Affairs
Street, Apt. No.; or PO Box No.
General Counsel (021B)
810 Vermont Ave NW
City, State, ZIP+4
Washington DC 20420

7007 0710 0003 5820 0116

PS Form 3800, August 2006                    See Reverse for Instructions



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

| | | |
|---|---|---|
| Postage | $ | 10/18/07 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | #15797 |
| Total Postage & Fees | $ | |

Sent To  US Attorneys Office  CiviL Process
Street, Apt. No.  Clerk
or PO Box No.
City, State, ZIP+4  86 Chambers St, NY, NY 10007

PS Form 3800, August 2006                    See Reverse for Instructions

7007 0710 0003 5820 0178



SUBIN ASSOCIATES, L.L.P.
291 Broadway 9th fl.
NEW YORK, NY 10007

TO: US DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY GENERAL
Civil Litigation Department
950 Pennsylvania Ave. NW
Washington, DC  20530-0001

7007 0710 0003 5820 0130



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature    X    ☐ Agent   ☐ Addressee |
| | B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>US Attorneys Office<br>Civil Process Clerk<br>86 Chambers Street<br>New York, NY 10007 | D. Is delivery address different from Item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)    7007 0710 0003 5820 0178 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |



7007 0710 0003 5820 0178

**SUBIN ASSOCIATES, L.L.P.**
291 Broadway 9th Fl.
NEW YORK, NY 10007

TO: US ATTORNEYS OFFICE
Civil Process Clerk
86 Chambers Street
New York, NY 10007



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Veterans Affairs
General Counsel (021B)
810 Vermont Ave. NW
Washington, DC 20420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 0710 0003 5820 0116

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

TO: DEPARTMENT OF VETERANS AFFAIRS
GENERAL COUNSEL (021B)
810 Vermont Avenue NW
Washington, DC 20420

SUBIN ASSOCIATES, L.L.P.
291 Broadway 9th Fl.
NEW YORK, NY 10007

7007 0710 0003 5820 0116



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Veterans Affairs
General Counsel (021B)
810 Vermont Ave. NW
Washington, DC 20420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7007 0710 0003 5820 0116

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

TO: DEPARTMENT OF VETERANS AFFAIRS
GENERAL COUNSEL (021B)
810 Vermont Avenue NW
Washington, DC 20420

SUBIN ASSOCIATES, L.L.P.
291 Broadway 9th Fl.
NEW YORK, NY 10007

7007 0710 0003 5820 0116

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

10|18|07

Postmark
Here

#15797

7007 0710 0003 5820 0123

*Sent To* Veterans Administration Office
*Street, Apt. No.; or PO Box No.* of Regional Counsel
800 Poly Place Bldg 14
*City, State, ZIP+4* Brooklyn, ny 11209

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Veterans Administration
Office of Regional
counsel
800 Poly Place Bldg 14
Brooklyn, ny 11209

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7007 0710 0003 5820 0123

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT (Postage Provided)

7007 0710 0003 5820 0130

10/18/07

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | #15797 |
| Total Postage & Fees | $ | |

Sent to US Dept. of Justice
United States Attorney General
Street, Apt No. Civil Litigation Dept
or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4 Washington, DC 20530-0001

---

**DER: COMPLETE THIS SECTION**

- mplete items 1, 2, and 3. Also complete
  m 4 if Restricted Delivery is desired.
- nt your name and address on the reverse
  that we can return the card to you.
- ttach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

US. Department of Justice
United States Attorney
General
Civil Litigation Department
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
OCT 22 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0003 5820 0130

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**US Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | 10/18/07 |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | #15797 |
| Total Postage & Fees | $ | |

Sent To **US Attorneys Office Civil Process**
Street, Apt. No.; **Clerk**
or PO Box No.
City, State, ZIP+4 **86 Chambers St, NY, NY 10007**

7007 5820 0003 0710 0178

See Reverse for Instructions

---

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _E. Rosado_      ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
10/19/07

1. Article Addressed to:

US Attorneys Office
Civil Process Clerk
86 Chambers Street
New York, NY 10007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)     7007 0710 0003 5820 0178

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

INDEX #:  07 CV 8559

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER EHRENFELD and ASHER EHRENFELD,

                              Plaintiff (s),

          -against-

THE UNITED STATES OF AMERICA and THE CITY OF NEW YORK,

                    Defendant (s)

---

## *AFFIDAVIT OF SERVICE*

---

### SUBIN ASSOCIATES LLP

*Attorneys for Plaintiff(s)*
*Office and Post Office Address. Telephone*
291 Broadway, 9th Floor
NEW YORK, NY 10007
TELEPHONE 212-285-3800

## "WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION (FAX)"

---

*To:*

*Attorney(s) for*

---

*TO:*                                          SUBIN ASSOCIATES LLP
                                               *Attorneys for plaintiff(s)*
                                               291 Broadway, 9th Floor
*Attorney(s) for Defendant(s)*                 New York. NY 10007
                                               (212) 285-3800