MICHAEL A. CARDOZO
Corporation Counsel
Attorney for Defendant
The City of New York
100 Church Street
New York, New York 10007


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ESTHER EHRENFELD and ASHER EHRENFELD,

                                                    Plaintiffs,

           -against-

THE UNITED STATES OF AMERICA and THE CITY
OF NEW YORK,

                                                    Defendants.

------------------------------------------------------------------------x

**NOTICE OF MOTION**

07 Civ. 8559 (PKL)

City File #: 2007-032064


PLEASE TAKE NOTICE that, upon the accompanying Declaration of Craig Koster, dated May 9, 2008, and the exhibits annexed thereto, and upon the accompanying Memorandum of Law in Support of Defendant The City of New York's Motion for Summary Judgment, and upon the accompanying Statement Pursuant to Local Civil Rule 56.1, and upon all other papers and proceedings had herein, the undersigned will move this Court, at the United States District Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be determined by the court, for an Order granting Defendant's Motion for Summary Judgment, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       May 9, 2008

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel
                                  Attorney for Defendant
                                  The City of New York
                                  100 Church Street
                                  New York, New York 10007

                         By: _____
                                  Craig Koster (CK-6054)
                                  Assistant Corporation Counsel
                                  (212) 788-7295


To:

Gene L. Chertock, Esq.
Subin Associates, LLP
291 Broadway
New York, New York 10007

Carolina A. Fornos
Assistant United States Attorney
U.S. Attorney's Office Southern District of New York
86 Chambers Street
New York, NY 10007