STATE OF NEW YORK  COUNTY OF NEW YORK, SS.:

The undersigned, an attorney admitted to practice in the courts of New York State and the Southern and Eastern Districts of New York, shows: that he is employed in the office of the Corporation Counsel of the City of New York, and affirms this statement to be true under the penalties of perjury:

That on May 9, 2008, he served the annexed Motion for Summary Judgment upon:

>Gene L. Chertock, Esq.
>Subin Associates, L.L.P.
>291 Broadway – 9th Floor
>New York, New York 10007

>Carolina A. Fornos
>United States Attorney's Office
>Southern District of New York
>86 Chambers Street, 3rd Floor
>New York, New York 10007

being the address within the State theretofore designated by them for that purpose, by causing to be deposited a copy of the same, enclosed in a prepaid wrapper in a post office box situated at 100 Church Street in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City.

Dated:       New York, New York
             May 9, 2008

_____
CRAIG KOSTER