MEMO ENDORSED



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/08
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 24, 2008

```
RECEIVED
CHAMBERS OF

JUN 2 4 2008

PETER K. LEISURE
USDJ/SDNY
```

**VIA HAND DELIVERY**
Hon. Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

    Re:    Ehrenfeld v. United States
             07 Civ. 8559 (PKL)

Dear Judge Leisure:

    This Office represents the United States in the above-referenced tort action. We write to request a two month extension, until August 31, 2008, for the completion of all fact and expert discovery in this matter due to unexpected delays in scheduling Plaintiff Esther Ehrenfeld's physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. The extension will enable the parties to complete all remaining discovery, including Plaintiff's requested deposition pursuant to Rule 30(b)(6). Plaintiff consents to this request.

    Thank you for your consideration.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney
                              for the Southern District of New York

                By:    _____
                              CAROLINA A. FORNOS
                              Assistant United States Attorney
                              Telephone: (212) 637-2740
                              Facsimile: (212) 637-2702

**Via Facsimile and First Class Mail**
cc:    Gene L. Chertock, Esq.
        Subin Associates, L.L.P.
        291 Broadway - 9th Floor
        New York, NY 10007

        Craig Robert Koster, Esq.
        NYC Law Department, Office of Corporation Counsel
        100 Church Street
        New York, NY 10007

6/25/08
SO ORDERED
/s/ Peter K. Leisure
USDJ