

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CRAIG KOSTER
Phone: 212-788-7295
Fax: 212-788-0367
E-mail: ckoster@law.nyc.gov

July 7, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

    Re:  **Ehrenfeld v. The United States of America, et al.**
          Docket No. 07 cv 8559
          City File No.: 2007-032064

Dear Judge Leisure:

    This office represents The City of New York ("the City") in the above matter. As Your Honor is aware, the City has filed a motion for summary judgment, which the plaintiff has opposed. We write to request a one-week extension from today to July 14, 2008, for the filing of a reply brief on behalf of the City. All parties consent to this request.

    Thank you for your consideration.

Respectfully yours,

Craig Koster
Assistant Corporation Counsel

cc:    Gene L. Chertock, Esq.
        Carolina A. Fornos, A.U.S.A.

7/09/08
SO ORDERED
USDJ